UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOUISA M. RODRIGUEZ,                              :
                                                  :
            Plaintiff,                         :
  -against-                                      :            ORDER
                                                  :
COMMISSIONER OF SOCIAL SECURITY,                  :       19-CV-11206 (AJN)(KNF)
                                                  :
           Defendant.                         :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      On or before September 22, 2020, the defendant shall file his response to the plaintiff's motion for judgment on the pleadings. Any reply shall be filed on or before October 13, 2020.

Dated:  New York, New York               SO ORDERED:
        September 1, 2020

                                                                                  _____
                                                                                         KEVIN NATHANIEL FOX
                                                                                         UNITED STATES MAGISTRATE JUDGE